| | |
|---|---|
| 1 | YVETTE WEINSTEIN |
| | Trustee In Bankruptcy |
| 2 | 6450 Spring Mountain Rd. #14 |
| | Las Vegas, Nevada 89146 |
| 3 | (702) 364-8919- Telephone |
| | (702) 364-8922 - Fax |

RECEIVED & FILED

'11 APR 27 P2 50

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

RICHARDSON, ROSALINDA

Debtor(s)

CASE NO.:09-10348 BAM

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS

TO: Clerk, United States Bankruptcy Court

FROM: Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| | SEE ATTACHED LIST | | |
| TOTAL | | $ | $514.00 |

Dated: April 26, 2011

_____
Yvette Weinstein, Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

# 201427  $ 514.00

Printed: 04/26/11 08:52 AM

# Stale Check Report

Page: 1

Trustee: YVETTE WEINSTEIN, TRUSTEE (480160)
Case: 09-10348 - RICHARDSON, ROSALINDA

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02507117-66 | 112 | 04/26/11 | CLERK UNITED STATES BANKRUPCY COURT | | | $514.00 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-02507117-66 4 | | 106 | 02/09/09 | 610 | WASHINGTON MUTUAL CARD SERVICES PO BOX 10467 GREENVILLE, SC 29603 | 3,770.82 | 3,770.82 | 514.00 | 514.00 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account...